377 A.2d 195

Klug, et al., Appellants, v. Gazey.

Submitted October 8, 1976. Thomas E. Mack and James P. Blaum, for appellants; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for appellee.

Order affirmed.